**Dismissed and Memorandum Opinion filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00792-CV

### LAKEITH AMIR SHARIF, Appellant

### V.

### EILEEN KENNEDY, ET AL, Appellees

### On Appeal from the 412th District Court
### Brazoria County, Texas
### Trial Court Cause No. 672481

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from the trial court's order of August 8, 2012, staying proceedings. On September 13, 2012, the trial court entered an order vacating its August 8, 2012 order.

On October 24, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal as moot. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Boyce, and McCally.